**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
CHRISTOPHER W. HARMON, SB# 258289
  E-Mail: Christopher.Harmon@lewisbrisbois.com
KELLY KENNEY, SB# 336325
  E-Mail: Kelly.Kenney@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant, U.S. CENTER FOR SAFESPORT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NILFORUSHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. CENTER FOR SAFESPORT,<br><br>    Defendant. | Case No. '23CV0353 CAB BLM<br><br>**DEFENDANT U.S. CENTER FOR SAFESPORT'S NOTICE OF REMOVAL** |

4885-3788-0657.1

NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and 36 U.S.C. § 220541(d)(3)(A), Defendant U.S. CENTER FOR SAFESPORT ("Defendant") hereby removes the action pending in the Superior Court of California, County of San Diego, Case No. 37-2023-00002845-CU-NP-CTL, to the United States District Court, Southern District of California, and that this Notice of Removal, together with a copy of all process, pleadings, and orders have been filed in the United States District Court for the Southern District of California.

The grounds for removal are as follows:

1. On January 23, 2023, Plaintiff Ali Nilforushan ("Plaintiff") filed a civil action in the Superior Court of the State of California for the County of San Diego entitled *Ali Nilforushan, Plaintiff, v. U.S. Center for SafeSport, Defendant*, Case No. 30-2023-00002845-CU-NP-CTL. A true and correct copy of all process, pleadings, and orders are attached to this notice, as Exhibits A through F, as required by 28 U.S.C. § 1446(a).

2. This Notice of Removal is filed within thirty (30) days after Defendant's receipt of the original summons and complaint on January 25, 2023.

3. This action is removed under 28 U.S.C. § 1441 because 28 U.S.C. § 1331 and 36 U.S.C. § 220541(d)(3)(A) give this Court original jurisdiction over actions involving this Defendant. As stated in the Complaint, Plaintiff's causes of action for declaratory relief and intentional infliction of emotional distress are entirely based upon the investigation conducted by Defendant under 36 U.S.C. § 220541(a)(1)(H) and SafeSport Code § XI.J. (Compl. 19:12-20 and 20:17-20.) Thus, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 36 U.S.C. § 220541(d)(3)(A).

3. Defendant is a Colorado nonprofit entity with its principal place of business in Denver, Colorado.

1    4.   Written notice of the filing of this Notice of Removal will be given to all
2 parties and, together with a copy of the Notice of Removal and supporting papers,
3 will be filed with the Clerk of the Circuit Court of San Diego, California, as provided
4 by 28 U.S.C. § 1446(d).
5    5.   Defendant demands a trial by jury.
6    WHEREFORE, the Defendant requests that this action pending in the Superior
7 Court of California, San Diego, be removed to this Court.

9 DATED: February 23, 2023      LEWIS BRISBOIS BISGAARD & SMITH LLP

11              By:   *s/ Christopher W. Harmon*
12                    CHRISTOPHER W. HARMON
                      Attorneys for Defendant, U.S. CENTER
13                    FOR SAFESPORT

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon opposing counsel by electronic or facsimile transmission, by hand or by placing copy of same in the U.S. Mail, postage prepaid and properly addressed, this 23rd day of February, 2023.

*s/ Christopher W. Harmon*
CHRISTOPHER W. HARMON
