**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
E-Mail: John.Barber@lewisbrisbois.com
CHRISTOPHER W. HARMON, SB# 258289
E-Mail: Christopher.Harmon@lewisbrisbois.com
KELLY KENNEY, SB# 336325
E-Mail: Kelly.Kenney@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant, U.S. CENTER FOR SAFESPORT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NILFORUSHAN<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTER FOR SAFESPORT,<br><br>Defendant. | Case No. 23-CV-0353-CAB-BLM<br><br>**U.S. CENTER FOR SAFESPORT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALI NILFORUSHAN'S COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points & Authorities and Request for Judicial Notice]<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Hearing Date: May 5, 2023<br>Crtrm: 15A<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint Filed: January 23, 2023<br>FAC Filed: February 14, 2023<br>Removal Date: February 23, 2023 |

92780113.1

**1**

**U.S. CENTER FOR SAFESPORT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALI NILFORUSHAN'S COMPLAINT**

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2023, or as soon thereafter as may be heard in Courtroom 15A, in the United States District Court, Southern District of California located at 333 West Broadway, San Diego, California 92101, before the honorable Judge Cathy Ann Bencivengo, Defendant U.S. Center for SafeSport (the "Center") will and hereby does move under Fed. R. Civ. P. 12(b)(1) and (6) to dismiss the Complaint against the Center.

This motion is based on this Notice and accompanying Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice in support, the pleadings and records on file with this Court, and any evidence and argument as may be presented at or before the hearing on this matter.  First, this Court does not have jurisdiction over this matter as Plaintiff has failed to exhaust his administrative remedies.  Second, the Court does not have jurisdiction because the SafeSport Act preempts his claims.  Third, this Court does not have jurisdiction because Congress expressly provided that the SafeSport Act does not create a private right of action.  Fourth, even if the Court had jurisdiction, the Center has absolute immunity from damages lawsuits based upon its execution of statutorily mandated duties.  Fifth, Plaintiff's state law claims fail as a matter of law because he has not sufficiently alleged the Center engaged in outrageous conduct and section 1060 of the California Code of Civil Procedure does not provide for the injunctive relief he seeks.

DATED:  March 31, 2023

JOHN L. BARBER
CHRISTOPHER W. HARMON
KELLY KENNEY
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*s/ Christopher W. Harmon*_____
CHRISTOPHER W. HARMON

92780113.1

*s/ Joseph J. Zonies*
Joseph J. Zonies, No. 29539
(pro hac vice pending)
ZONIES LAW LLC
1700 Lincoln Street, Suite 2400
Denver, CO  80203
(720) 464-5300
jzonies@zonieslaw.com

Attorneys for Defendant, U.S. CENTER FOR SAFESPORT

92780113.1

**3**

**U.S. CENTER FOR SAFESPORT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALI NILFORUSHAN'S COMPLAINT**